UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL WEITZEL | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 1:17-cv-02526-TWP-TAB |
| | ) |
| H & R INDUSTRIAL, LLC | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice, heretofore filed by the parties;

And the Court being in all things duly advised;

Now, therefore, IT IS ORDERED, ADJUDGED AND DECREED that this matter be, and hereby is, dismissed, with prejudice, each party to bear their own costs, attorneys' fees and expenses.

SO ORDERED

Date: 12/14/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service of this Order will be made
Electronically on all ECF-registered
counsel of record via email generated
by the Court's ECF system

J

I\12515506.1